FILED
2017 Jul-13  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
10/31/2016 10:04 AM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>52<br><br>Date of Filing:<br>10/31/2016 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA
### FRED WHITE v. RONALD F. JOHNSON

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
CHA049   10/31/2016 10:04:33 AM   /s/ DONALD A. CHAPMAN
Date   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO ☐ UNDECIDED



ELECTRONICALLY FILED
10/31/2016 10:04 AM
16-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

| | |
|---|---|
| **FRED WHITE,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS** | ) |
| | ) |
| **NATIONAL FIRE & MARINE** | ) |
| **INSURANCE** | ) |
| | ) |
| **DEFENDANT,** | ) |
| | ) |

### COMPLAINT

_____COMES NOW, the Plaintiff Fred White, and files this  Complaint against the Defendant, National Fire & Marine Insurance, to wit;

1.      The Plaintiff is over the age of nineteen and is a resident of Morgan County, Alabama.

2.      The Defendant, National Fire& Marine Insurance, is an Foreign Company doing business in Alabama.

### FACTS

3.       On or about June 8, 2016 Plaintiff, Fred White, was doing his regular job of hauling commodities from the Blyth farm, in Lawrence County. While performing his job of driving his trailer on to the farm to be loaded with different commodities, a side rail on his trailer broke. Fred then reported the accident to his insurance company, National Fire and Marine Insurance. The braking of the side rail on the trailer caused the trailer to be unsafe to use in hauling the commodities that was his job. The Defendant then denied his claim and refused to replace his trailer

### Count 1 - Breach of Contract

4.      The Plaintiff adopts paragraphs 1 through 3 as if fully set out herein.

5.      As a proximate consequence of the Defendant's said breach of contract the  Plaintiff, Fred White had the following damages:

(a) the Plaintiff has suffered the loss of his trailer;

(b) the Plaintiff has lost the use of his trailer and the income he would have made had he had a trailer;

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, Fred White, demands judgment against the Defendant for compensatory and punitive damages, in a sum the Court and jury deem just, which is in excess of the minimum jurisdictional amount allowed by law.

/s/ Donald A. Chapman
Donald A. Chapman(CHA049)
Attorney for Plaintiff
809 6th Avenue SE
Decatur, AL 35601
(256) 350-1700
(256) 350-1771 fax

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

/s/ Donald A. Chapman
Donald A. Chapman
Attorney for Plaintiff



AlaFile E-Notice

52-CV-2016-900492.00

To:  DONALD A. CHAPMAN
     chapman_@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V. RONALD F. JOHNSON
52-CV-2016-900492.00

The following complaint was FILED on 10/31/2016 10:04:40 AM

Notice Date:     10/31/2016 10:04:40 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:   RONALD F. JOHNSON
      2204 LAKESHORE DRIVE
      SUITE 125
      BIRMINHAM, AL, 35209

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V. RONALD F. JOHNSON
52-CV-2016-900492.00

The following complaint was FILED on 10/31/2016 10:04:40 AM

Notice Date:     10/31/2016 10:04:40 AM

Service by sheriff in 01 - JEFFERSON - BIRMINGHAM County

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | 52-CV-2016-900492.00 |
| Form C-34   Rev 6/88 | | |

### IN THE CIRCUIT COURT OF MORGAN COUNTY
### FRED WHITE V. RONALD F. JOHNSON

RONALD F. JOHNSON, 2204 LAKESHORE DRIVE SUITE 125, BIRMINHAM, AL 35209

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DONALD A. CHAPMAN

WHOSE ADDRESS IS 809 6TH AVENUE, SE, DECATUR, AL 35601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure

Date   10/31/2016 10:04:40 AM      /s/ CHRIS PRIEST

Clerk/Register

302 LEE STREET

POST OFFICE BOX 668

DECATUR, AL 35602

☐ Certified Mail is hereby requested

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
                                                                                            (Date)

_____    _____    _____
Date                         Server's Signature           Address of Server

_____    _____    _____
Type of Server               Server's Printed Name

                                                          _____
                                                          Phone Number of Server

Case 5:17-cv-01170-CLS Document 1-1 Filed 12/10/17 Page 8 of 64

| State of Alabama | SUMMONS | Case Number: |
|---|---|---|
| Unified Judicial System | - CIVIL - | |
| Form C-34 Rev 6/88 | | 52-CV-2016-900492.00 |

## IN THE CIRCUIT COURT OF MORGAN COUNTY
## FRED WHITE V. RONALD F. JOHNSON

NOTICE TO RONALD F. JOHNSON, 2204 LAKESHORE DRIVE SUITE 125, BIRMINHAM, AL 35209

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DONALD A. CHAPMAN

WHOSE ADDRESS IS 809 6TH AVENUE, SE, DECATUR, AL 35601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of

pursuant to the Alabama Rules of the Civil Procedure

Date 10/31/2016 10:04:40 AM    /s/ CHRIS PRIEST

Clerk/Register
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL 35602

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS ___ NOV 1 0 2016
DAY OF _____, 20 ___
FOR THE FOLLOWING REASONS:
☒ 2. MOVED
☐ 2. INSUFFICIENT ADDRESS
☐ 3. DOES NOT FIT THE ADDRESS
☐ 7. NOT WITH THE LOCATION
☐ 12. NO SUCH ADDRESS
☐ 8. ADDRESS MISSING
☐ 13. FOR SERVICE
☐ 14. UNABLE TO CONTACT
☐ 15. OTHER
MIKE HALE, Sheriff of Jefferson County

☐ Certified Mail is hereby requested

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ C.S.

_____ in _____ County, Alabama on _____ (Date)

| | | |
|---|---|---|
| Date | Server's Signature | Address of Server |
| Type of Server | Server's Printed Name | Phone Number of Server |

### 52-CV-2016-900492.00
### FRED WHITE V. RONALD F. JOHNSON

C001 - FRED WHITE              v.    D001 - RONALD F. JOHNSON

Plaintiff              Defendant

## SERVICE RETURN



**AlaFile E-Notice**

52-CV-2016-900492.00

Judge: JUDGE GLENN THOMPSON

To:  CHAPMAN DONALD ALAN
chapman_@bellsouth.net

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V. RONALD F. JOHNSON
52-CV-2016-900492.00

The following matter was not served on 11/10/2016

**D001 RONALD F. JOHNSON**

**Corresponding To**

PARTY MOVED

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

ELECTRONICALLY FILED
7/20/2017 2:58 PM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

| | |
|---|---|
| **FRED WHITE,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **VS** | ) |
| | ) |
| **NATIONAL FIRE & MARINE** | ) |
| **INSURANCE** | ) |
| | ) |
| **DEFENDANT,** | ) |
| | ) |

### COMPLAINT

_____COMES NOW, the Plaintiff Fred White, and files this  Complaint against the Defendant, National Fire & Marine Insurance, to wit;

1.      The Plaintiff is over the age of nineteen and is a resident of Morgan County, Alabama.

2.      The Defendant, National Fire& Marine Insurance, is an Foreign Company doing business in Alabama.

### FACTS

3.       On or about June 8, 2016 Plaintiff, Fred White, was doing his regular job of hauling commodities from the Blyth farm, in Lawrence County. While performing his job of driving his trailer on to the farm to be loaded with different commodities, a side rail on his trailer broke. Fred then reported the accident to his insurance company, National Fire and Marine Insurance. The braking of the side rail on the trailer caused the trailer to be unsafe to use in hauling the commodities that was his job. The Defendant then denied his claim and refused to replace his trailer

### Count 1 - Breach of Contract

4.      The Plaintiff adopts paragraphs 1 through 3 as if fully set out herein.

5.      As a proximate consequence of the Defendant's said breach of contract the  Plaintiff, Fred White had the following damages:

(a)  the Plaintiff has suffered the loss of his trailer;

(b)  the Plaintiff has lost the use of his trailer and the income he would have made had he had a trailer;

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, Fred White, demands judgment against the Defendant for compensatory and punitive damages, in a sum the Court and jury deem just, which is in excess of the minimum jurisdictional amount allowed by law.

/s/ Donald A. Chapman
Donald A. Chapman(CHA049)
Attorney for Plaintiff
809 6th Avenue SE
Decatur, AL 35601
(256) 350-1700
(256) 350-1771 fax

**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

/s/ Donald A. Chapman
Donald A. Chapman
Attorney for Plaintiff



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  DONALD A. CHAPMAN
chapman_@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following alias summons was FILED on 4/20/2017 10:12:52 AM

Notice Date:      4/20/2017 10:12:52 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  NATIONAL FIRE & MARINE INS.
301 E. LIMESTONE STREET
FLORENCE, AL, 35630

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following alias summons was FILED on 4/20/2017 10:12:52 AM

Notice Date:     4/20/2017 10:12:52 AM

Service by sheriff in 41 - LAUDERDALE County

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>52-CV-2016-900492.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MORGAN COUNTY
## FRED WHITE V.   NATIONAL FIRE & INSURANCE

NATIONAL FIRE & MARINE INS., 150 SOUTH PERRY ST, MONTGOMERY, AL 36104

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DONALD A. CHAPMAN

WHOSE ADDRESS IS 809 6TH AVENUE, SE, DECATUR, AL 35601 _____

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure

Date   1/20/2017 2:58:56 PM      /s/ CHRIS PRIEST

Clerk/Register

302 LEE STREET

POST OFFICE BOX 668
DECATUR, AL 35602

☐ Certified Mail is hereby requested

_____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

Date _____      Server's Signature _____      Address of Server _____

Type of Server _____      Server's Printed Name _____

Phone Number of Server _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>**52-CV-2016-900492.00** |
|---|---|---|

## IN THE CIRCUIT COURT OF MORGAN COUNTY
### FRED WHITE V.  NATIONAL FIRE & INSURANCE

NATIONAL FIRE & MARINE INS., 150 SOUTH PERRY ST, MONTGOMERY, AL 36104

NOTICE TO

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY DONALD A. CHAPMAN

WHOSE ADDRESS IS  809 6TH AVENUE, SE, DECATUR, AL 35601

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____

pursuant to the Alabama Rules of the Civil Procedure

Date   1/20/2017 2:58:56 PM         /s/ CHRIS PRIEST

Clerk/Register

302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL 35602

52CV201690049200

NATIONAL FIRE AND INSURANCE          Def

_____'s Signature

I hereby certify personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____ (Date)

Date          Server's Signature          Address of Server

Type of Server          Server's Printed Name

Phone Number of Server

### 52-CV-2016-900492.00
### FRED WHITE V.  NATIONAL FIRE & INSURANCE

C001 - WHITE FRED          v.   D001 - NATIONAL FIRE & MARINE INS.

Plaintiff          Defendant

## SERVICE RETURN

CSC refused service.

THIS WRIT RETURNED "NOT FOUND"
IN MONTGOMERY COUNTY THIS ___
DAY OF _____ 20 __
FOR THE FOLLOWING REASON

☐ MOVED

☐ NO SUCH ADDRESS

☐ INSUFFICIENT ADDRESS

☐ NEED WORK ADDRESS

☐ NOT EMPLOYED

☐ RETURN TO COURT BY ORDER
   OF _____

☑ OTHER _See Note._

DERRICK CUNNINGHAM, SHERIFF
BY: _____ D.S.



**AlaFile E-Notice**

52-CV-2016-900492.00

Judge: JUDGE GLENN THOMPSON

To:  CHAPMAN DONALD ALAN
chapman_@bellsouth.net

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following matter was not served on 1/26/2017

**D001 NATIONAL FIRE & MARINE INS.**
**Corresponding To**
REFUSED

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

ELECTRONICALLY FILED
11/20/2017 10:13 AM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE,                              )
                                         )
      **PLAINTIFF,**                    )
                                         )
**VS**                                   )
                                         )
**NATIONAL FIRE & MARINE**               )
**INSURANCE**                            )
                                         )
      **DEFENDANT,**                    )
                                         )

### COMPLAINT

_____COMES NOW, the Plaintiff Fred White, and files this Complaint against the Defendant, National Fire & Marine Insurance, to wit;

1.  The Plaintiff is over the age of nineteen and is a resident of Morgan County, Alabama.

2.  The Defendant, National Fire& Marine Insurance, is an Foreign Company doing business in Alabama.

### FACTS

3.  On or about June 8, 2016 Plaintiff, Fred White, was doing his regular job of hauling commodities from the Blyth farm, in Lawrence County. While performing his job of driving his trailer on to the farm to be loaded with different commodities, a side rail on his trailer broke. Fred then reported the accident to his insurance company, National Fire and Marine Insurance. The braking of the side rail on the trailer caused the trailer to be unsafe to use in hauling the commodities that was his job. The Defendant then denied his claim and refused to replace his trailer

### Count 1 - Breach of Contract

4.  The Plaintiff adopts paragraphs 1 through 3 as if fully set out herein.

5.  As a proximate consequence of the Defendant's said breach of contract the Plaintiff, Fred White had the following damages:

    (a) the Plaintiff has suffered the loss of his trailer;

    (b) the Plaintiff has lost the use of his trailer and the income he would have made had he had a trailer;

**WHEREFORE, PREMISES CONSIDERED**, the Plaintiff, Fred White, demands judgment against the Defendant for compensatory and punitive damages, in a sum the Court and jury deem just, which is in excess of the minimum jurisdictional amount allowed by law.


/s/ Donald A. Chapman
Donald A. Chapman(CHA049)
Attorney for Plaintiff
809 6th Avenue SE
Decatur, AL 35601
(256) 350-1700
(256) 350-1771 fax


**PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

/s/ Donald A. Chapman
Donald A. Chapman
Attorney for Plaintiff



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  DONALD A. CHAPMAN
     chapman_@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following alias summons was FILED on 4/20/2017 10:12:52 AM

Notice Date:     4/20/2017 10:12:52 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To: NATIONAL FIRE & MARINE INS.
301 E. LIMESTONE STREET
FLORENCE, AL, 35630

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.  NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following alias summons was FILED on 4/20/2017 10:12:52 AM

Notice Date:     4/20/2017 10:12:52 AM

Service by sheriff in 41 – LAUDERDALE County

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>52-CV-2016-900492.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA
### FRED WHITE V.   NATIONAL FIRE & INSURANCE

**NOTICE TO:** NATIONAL FIRE & MARINE INS., 301 E. LIMESTONE STREET, FLORENCE, AL 35630

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DONALD A. CHAPMAN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 809 6TH AVENUE, SE, DECATUR, AL 35601

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[☑] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
*(Name(s))*
pursuant to the Alabama Rules of the Civil Procedure.

| 4/20/2017 10:12:52 AM | /s/ CHRIS PRIEST | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*      *(Name of County)*

Alabama on _____
*(Date)*

_____          _____          *(Address of Server)*
*(Type of Process Server)*    *(Server's Signature)*

_____          _____
*(Server's Printed Name)*    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>52-CV-2016-900492.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA
## FRED WHITE V.  NATIONAL FIRE & INSURANCE

**NOTICE TO:** NATIONAL FIRE & MARINE INS., 301 E. LIMESTONE STREET, FLORENCE, AL 35630

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), DONALD A. CHAPMAN

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 809 6TH AVENUE, SE, DECATUR, AL 35601

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

[✓] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[ ] Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                          *(Name(s))*

| 4/20/2017 10:12:52 AM | /s/ CHRIS PRIEST | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

[ ] Certified Mail is hereby requested.   _____
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

[ ] Return receipt of certified mail received in this office on _____
*(Date)*

[ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

(X) _____ in _Lauderdale_ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _4-26-17_ .
*(Date)*

_____          _____
*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

**52-CV-2016-900492.00**
FRED WHITE V.  NATIONAL FIRE & INSURANCE

| C001 - WHITE FRED | v. | D001 - NATIONAL FIRE & MARINE INS. |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**

**LAUDERDALE COUNTY SHERIFF'S DEPT.**

Date of Attempt: _____
Dates of Attempt: _____
Date of Attempt: _____
( ) Bad Address
( ) No Such Number
( ) Moved
( ) House Vacant
( ) Send to _____County

Remarks: _____

Return Date: _____
Deputy's Signature: _____



**AlaFile E-Notice**

52-CV-2016-900492.00

Judge: JUDGE GLENN THOMPSON

To: CHAPMAN DONALD ALAN
chapman_@bellsouth.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following matter was served on 4/26/2017

**D001 NATIONAL FIRE & MARINE INS.**

**Corresponding To**

OTHER

CANNOT READ SIGNATURE OF PERSON ACCEPTING SERVICE

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:   JUSTIN ISAAC HALE
       jhale@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following answer was FILED on 5/25/2017 11:13:05 AM

Notice Date:     5/25/2017 11:13:05 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov


ELECTRONICALLY FILED
2/25/2017 11:12 AM
54-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE,                               )
                                          )
     PLAINTIFF,                     )
                                          )
v.                                        )    **CIVIL ACTION NO.: CV-2016-900492**
                                          )
NATIONAL FIRE & MARINE                    )
INSURANCE,                                )
                                          )
     DEFENDANT.                     )

## ANSWER

**COMES NOW** Defendant, National Fire & Marine Insurance Company, mis-identified in the Complaint as "National Fire & Marine Insurance" ("Defendant" or "National Fire") and without in any way waiving any defense which supports the dismissal of this case or any party, answers the Complaint as follows:

## GENERAL DENIAL AND DEFENSES

Defendant denies each and every material allegation in the Complaint. Defendant further denies that Plaintiff is entitled to any of the relief sought in the Complaint.

Defendant avers that Plaintiff's Complaint is so vague and non-specific that it fails to properly put Defendant on notice of any claims against it as required under Alabama Rule of Civil Procedure 8. Defendant reserves the right to amend this Answer by adding, deleting or amending defenses as may be appropriate upon Plaintiff definitively stating his claims as required and/or on discovery in the case.

## ADDITIONAL AFFIRMATIVE DEFENSES

As for additional defenses to the Complaint, and without assuming any burden of pleading or proof that would otherwise rest on Plaintiff, Defendant sets forth the following:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted against it in any Count and respectfully requests to be heard on this plea as a Motion to Dismiss.

## SECOND DEFENSE

National Fire expressly denies each and every material allegation and Count contained in the Complaint and demands strict proof thereof.

## THIRD DEFENSE

National Fire pleads the general issue.

## FOURTH DEFENSE

National Fire denies any wrongdoing.

## FIFTH DEFENSE

National Fire denies that Plaintiff has been damaged by it.

## SIXTH DEFENSE

National Fire pleads that Plaintiff has failed to perform under the contract.

## SEVENTH DEFENSE

National Fire denies that it has breached any duty owed to Plaintiff, either under the insurance contract or otherwise.

## EIGHTH DEFENSE

National Fire denies it refused to honor any contractual duty.

## NINTH DEFENSE

National Fire pleads that punitive damages are not recoverable for breach of contract.

## TENTH DEFENSE

National Fire pleads that Plaintiff failed to fulfill his obligations under the insurance policy to trigger coverage.

## ELEVENTH DEFENSE

National Fire further avers that it had good and valid reasons for its denial of Plaintiff's claim for the claimed loss was from "wear and tear," which is a stated exclusion under the subject insurance Policy #72TRS049619. Specifically, the policy

states as follows:

    c. Other Exclusions
      We will not pay for "loss" due and confined to:
      (1) Wear and tear, freezing, mechanical or electrical breakdown....

## TWELFTH DEFENSE

National Fire pleads that no loss occurred that triggered coverage under the insurance policy.

## THIRTEENTH DEFENSE

National Fire pleads the affirmative defense that Plaintiff failed to act reasonably as required, including reading the insurance policy to see that coverages he requested were included in his policy, or inquiring further if policy terms, provisions, exclusions, conditions and limitations appeared to contradict alleged previous representations.

## FOURTEENTH DEFENSE

National Fire pleads the affirmative defense of failure to join indispensable parties.

## FIFTEENTH DEFENSE

National Fire pleads the affirmative defense of failure to mitigate damages.

## SIXTEENTH DEFENSE

National Fire pleads improper venue and forum non conveniens.

## SEVENTEENTH DEFENSE

National Fire pleads lack of subject matter jurisdiction and personal jurisdiction.

## EIGHTEENTH DEFENSE

With respect to each and every one of Plaintiff's claims, National Fire preserves the defenses of unclean hands, laches, waiver, estoppel, judicial estoppel, collateral estoppel, res judicata, consent, license, release, accord and satisfaction, and ratification.

## NINETEENTH DEFENSE

With respect to any punitive damages claimed, National Fire pleads that Plaintiff is not entitled to receive said damages because any award of punitive damages would

violate the constitutional safeguards provided under the Constitutions of the State of Alabama and the United States of America.

## TWENTIETH DEFENSE

Plaintiff's claims of punitive damages violate the Fifth and Fourteenth Amendments of the United States Constitution on the following grounds:

a.      It is a violation of the Due Process and Equal Protection clauses of the Fourteenth Amendment of the United States Constitution to impose punitive damages, which are penal in nature, against a civil defendant upon the plaintiff's satisfying a burden of proof which is less than the "beyond a reasonable doubt" standard required in criminal cases;

b.      The procedures pursuant to which punitive damages are awarded fail to provide a reasonable limit on the amount of the award against a defendant, which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

c.      The procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages which thereby violates the Due Process Clause of the Fourteenth Amendment of the United States Constitution;

d.      The procedures pursuant to which punitive damages are awarded result in imposition of different penalties for the same or similar acts, and thus, violate the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

e.      The procedures pursuant to which punitive damages are awarded permit the imposition of punitive damages in excess of the maximum criminal fine for the same or similar conduct, which thereby infringes the Due Process clauses of the Fifth and Fourteenth Amendments and the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

f.      Any claim for punitive damages must be dismissed because an award of punitive damages to Plaintiff in this action would constitute a deprivation of property without due process of law as required under the Fifth and Fourteenth Amendments of the United States Constitution; and

g.      The assessment of punitive damages against National Fire in this case violates due process afforded by the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution because the Complaint does not sufficiently state the specific action for which Plaintiff seeks punitive damages.  As such, any assessment of punishment, which is the purpose of punitive damages, without more specific allegations of conduct, violates the

United States Constitution because National Fire is not provided with specific charges against it prior to trial.

### TWENTY-FIRST DEFENSE

To award punitive damages against National Fire in this case would violate the excessive fines provision of the Eighth Amendment to the United States Constitution and Art. I § 15 of the Alabama Constitution.

### TWENTY-SECOND DEFENSE

The Complaint seeks to make National Fire liable for punitive damages. The Supreme Court of the United States has issued opinions in the cases styled *BMW of North America, Inc. v. Gore*, 116 S.Ct.1589 (1996), *Cooper Industries, Inc. v. Leatherman Tool Group, Inc.*, 121 S.Ct.1678 (2001), and *State Farm Mutual Automobile Insurance Co. v. Campbell*, 123 S.Ct.1513 (2003), on the issue of punitive damages. National Fire adopts by reference whatever defense, criteria, limitations, standards, and constitutional protections that are mandated or provided by the decisions of the Supreme Court of the United States in those cases.

### TWENTY-THIRD DEFENSE

Plaintiff's claims for compensatory and/or punitive damages are barred by or subject to the limits of Ala. Code §§ 6-11-20, 6-11-21, 6-11-23, 6-11-24, and 6-11-25.

### TWENTY-FOURTH DEFENSE

The Complaint, and each count contained therein, to the extent they seek exemplary or punitive damages, violates the Constitution of the State of Alabama and therefore, fails to state a claim upon which relief can be granted because:

a.    Any such award will violate National Fire's procedural due process rights under the Constitution of the State of Alabama;

b.    Any such award will violate National Fire's right to substantive due process as provided by the Constitution of the State of Alabama;

c.    Any such award will violate the Due Process Clause of Article I, Section 6 of the Constitution of Alabama in that the procedure for awarding punitive damages does not limit them as to amount;

d.    Any such award will violate the Due Process Clause of Article I, Section 6 of the Constitution of Alabama by depriving National Fire of property without due process of law;

e.    Any such award will violate Article I, Section 6 of the Constitution of the

State of Alabama which provides that no person shall be deprived of life, liberty or property except by due process of law, in that punitive damages are unconstitutionally vague and are not rationally related to legitimate government interests;

f.      Any such award will violate the Due Process Clause of Article I, Section 6 of the Constitution of Alabama by imposing damages which are penal in nature upon a civil defendant based on a standard of proof less than the "beyond a reasonable doubt" standard required in criminal cases;

g.      Any such award will violate the Due Process Clause of Article I, Section 6 of the Constitution of Alabama in that the procedures for awarding punitive damages fail to provide specific standards for determining the amount of the award;

h.      Any such award will violate National Fire's right to protection from "excessive fines" as provided in Article I, Section 15 of the Constitution of the State of Alabama; and

i.      Any such award would violate the prohibition against laws that impair the obligations of contracts in violation of Article I, Section 22 of the Constitution of Alabama.

## TWENTY-FIFTH DEFENSE

National Fire denies that it is guilty of conduct to which punitive damages could or should be awarded and denies that Plaintiff has produced clear and convincing evidence sufficient to support or sustain the imposition of punitive damages against National Fire.

## TWENTY-SIXTH DEFENSE

National fire pleads the defenses of the applicable statute of limitations and statute of repose.

## TWENTY-SEVENTH DEFENSE

Plaintiff's Complaint is due to be dismissed in accordance with Ala. R. Civ. P. 12(b)(6) and/or 12(c).

## TWENTY-EIGHTH DEFENSE

National Fire reserves the right to assert additional and/or different policy terms, provisions, conditions, exclusions, and/or limitations contained in Policy #72TRS049619.

## TWENTY-NINTH DEFENSE

National Fire reserves the right to assert additional and/or different defenses in light of fact and circumstances revealed by discovery in this case.

## THIRTIETH DEFENSE

COMES NOW Defendant and responds to the specifically enumerated paragraphs of Plaintiff's Complaint as follows:

1. Admitted, upon information and belief.

2. Defendant admits that National Fire & Marine Insurance Company (mis-named as "National Fire Insurance" in the Complaint) is a surplus lines insurance company and that Policy #72TRS049619 was purchased by an Alabama resident.

## FACTS

3. Defendant admits that Plaintiff reported a claim to National Fire. Defendant admits that it denied Plaintiff's claim. All other material allegations set forth in Paragraph 3 are denied. Defendant demands strict proof thereof.

## Count 1 – Breach of Contract

4. Defendant adopts its responses to the preceding paragraphs 1-3 as set forth herein.

5. Denied. Defendant demands strict proof thereof.

Defendant denies Plaintiff is entitled to the damages demanded in the *ad damnum* clause.


## DEFENDANT DEMANDS TRIAL BY STRUCK JURY


Respectfully submitted,

/s/ Connie Ray Stockham
Connie Ray Stockham (STO040)
Justin I. Hale (HAL098)
Attorneys for Defendant identified as
National Fire & Marine Insurance

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
1111 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Telephone:    205.776.9000
Facsimile:     205.776.9099
Email:          cstockham@scplaw.net
                    jhale@scplaw.net

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on this the 25th day of May, 2017, sent via U.S. Mail, postage prepaid, the foregoing to the counsel of record for all parties to this proceeding.

Donald A. Chapman
809 6th Avenue SE
Decatur, AL 35601

                                       /s/ Connie Ray Stockham_____
                                       OF COUNSEL



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
jhale@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following answer was FILED on 5/25/2017 11:13:05 AM

Notice Date:      5/25/2017 11:13:05 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To: NATIONAL FIRE & MARINE INS. (PRO SE)
301 E. LIMESTONE STREET
FLORENCE, AL, 35630-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following answer was FILED on 5/25/2017 11:13:05 AM

Notice Date:     5/25/2017 11:13:05 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  CHAPMAN DONALD ALAN
     chapman_@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following answer was FILED on 5/25/2017 11:13:05 AM

Notice Date:     5/25/2017 11:13:05 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
jhale@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 11:58:11 AM

Notice Date:     5/25/2017 11:58:11 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

ELECTRONICALLY FILED
5/25/2017 11:57 AM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE,                      )
                                 )
     PLAINTIFF,                 )
                                 )
v.                               )   CIVIL ACTION NO.: CV-2016-900492
                                 )
NATIONAL FIRE & MARINE           )
INSURANCE,                       )
                                 )
     DEFENDANT.                 )

---

## DEFENDANT'S FIRST REQUEST FOR ADMISSIONS

---

**COMES NOW** Defendant, National Fire and Marine Insurance Company, misidentified in the Complaint as "National Fire and Marine Insurance" and pursuant to Rules 26 and 36 of the Alabama Rules of Civil Procedure request that Plaintiff admit the following:

1. That Plaintiff seeks damages in this action in excess of $75,000.00, exclusive of costs and interests.

2. That the amount in controversy in this action exceeds $75,000.00, exclusive of costs and interests.

3. That Plaintiff will request and demand damages in excess of $75,000.00 in this action.

4. That Plaintiff intends to request a fact-finder in this case to return a verdict in excess of $75,000.00, exclusive of costs and interests.

Respectfully submitted this the 25th day of May, 2017.

/s/ Justin I. Hale
Justin I. Hale (HAL098)
Connie R. Stockham (STO040)
Attorneys for Defendant
National Fire & Marine Insurance
Company, misidentified in Plaintiff's
Complaint as "National Fire & Marine
Insurance"

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
505 North 20th Street
Suite 1111
Birmingham, Alabama 35203
Telephone:   205.776.9000
Email:        jhale@scplaw.net
              cstockham@scplaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 25th day of May, 2017, sent via U.S. Mail, postage prepaid, the foregoing to the counsel of record for all parties to this proceeding.

Donald A. Chapman
809 6th Avenue SE
Decatur, AL 35601

/s/ Justin I Hale
OF COUNSEL



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
     jhale@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 11:58:11 AM

Notice Date:     5/25/2017 11:58:11 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  CHAPMAN DONALD ALAN
chapman_@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 11:58:11 AM

Notice Date:     5/25/2017 11:58:11 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2016-900492.00

To:  STOCKHAM CONNIE RAY
     cstockham@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 11:58:11 AM

Notice Date:     5/25/2017 11:58:11 AM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
     jhale@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:01:24 PM

Notice Date:     5/25/2017 12:01:24 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

ELECTRONICALLY FILED
4/25/2017 12:01 PM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

| | |
|---|---|
| FRED WHITE, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: CV-2016-900492 |
| | ) |
| NATIONAL FIRE & MARINE | ) |
| INSURANCE, | ) |
| | ) |
|     DEFENDANT. | ) |

---

### DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF

---

COMES NOW Defendant National Fire & Marine Insurance Company, misidentified in the Complaint as "National Fire & Marine Insurance" ("Defendant" or "National Fire") and propounds the following interrogatories to the Plaintiff pursuant to Rule 33 of the Alabama Rules of Civil Procedure:

### INSTRUCTIONS

1.    In answering these Interrogatories, you are required to furnish all information available to you or subject to reasonable inquiry by you, including, but not limited to, information in your possession, the possession of your attorneys, advisors or other persons directly or indirectly employed by you, your attorney, or anyone else otherwise subject to your control.

2.    If any information called for by an Interrogatory is withheld because you claimed such information is contained in a privileged document, for each such document state the following:

    (a)    its date and type (e.g., letter, memorandum, etc.);

(b)     its author;

(c)     to whom addressed;

(d)     all copy addressees;

(e)     all other persons who have received, copied, or otherwise been

        permitted to see all or part of the original or any copy thereof;

(f)     the description of the subject matter discussed, described, referred

        to therein;

(g)     the specific reasons why you claim it is privileged; and

(h)     the name of its present custodian.

3.      In addition to the instructions pertaining to the Interrogatory, if the Plaintiff

choosesto attach documents in lieu of an answer to a specific Interrogatory,

Defendants request that each document be segregated, organized, identified and

specified with respect to the particular numbered request and response to which the

documents are being produced.

## DEFINITIONS

1.      "Plaintiff", "You", or "Yours" means the named Plaintiff in this case,

including agents, attorneys or any other persons acting or purporting to act on behalf of

said Plaintiff.

2.      "Identify" or "Identification" shall mean:

(a)     when used in reference to a natural person, the person's full name,

        present or last known address, present or last known position, and

        title and employer or business affiliation;

(b) when used in reference to a business entity, the entity's name and address, its principal place of business, and the legal nature of the entity (i.e., corporation, partnership, etc.);

(c) when used in reference to a document, the description (i.e., letter, memorandum, report, etc.), its title and date, the number of pages thereof, the subject matter and author, the person or persons to whom it was directed, and its present location and the identity of the person or entity presently having possession, control or custody of such documents;

3. "Specify in all possible detail" means to describe completely and accurately the subject matter about which inquiry is made, using the simplest, and most factual statements of which you are capable.

4. Plural words include the singular equivalent, and singular words include the plural equivalent.

5. "And" includes the disjunctive "or", and "or" includes the conjunctive "and".

6. "Incident" and "Accident" refers to the alleged June 8, 2016, accident referenced in your Complaint.

## **DUTY OF SUPPLEMENTATION**

You are under a duty seasonably to supplement, update and amend your responses and answers to the following discovery in the following categories:

(A) Any request or question directly addressed to:

(1) the identity and location of persons having knowledge of discoverable matters, and

(2)     the identity of each person expected to be called as an expert witness at the trial, the subject matter on which each person is expected to testify, and the substance of their testimony.

(B)     Any response or answer to questions or requests, if you obtain information upon the basis of which:

(1)     you know that the prior response was incorrect when made, or

(2)     you know that the response when made is no longer true and the circumstances are such that a failure to amend the response is in substance of knowing concealment.

## FIRST INTERROGATORIES TO PLAINTIFF

1.     State your full name, date of birth, Social Security number, residence address, and business address.

2.     Identify all individuals who provided information and/or who participated in preparing responses to these interrogatories and provide his/her last known address and phone number.

3.     Identify each and every employer of yours during the last ten (10) years.

4.     Specify in all possible detail how the accident occurred, including a description of the activity that was being performed when the alleged accident occurred, a description of the location where the alleged accident occurred, the time of day the alleged accident occurred, and a description of your activities prior and subsequent to the alleged accident.

5.     Specify in all possible detail and quantify separately and severally each and every damage you claim you have sustained as a result of the incident.

6.     Specify in all possible detail any damage sustained to the subject trailer prior to the accident alleged in your complaint

7.     Identify each and every mechanic, body shop, repair shop, dealership, and/or other person or entity that performed any work on the subject trailer prior and subsequent to the accident alleged in your complaint.

8.     Identify each and every mechanic, body shop, repair shop, dealership, and/or other person or entity that performed regular maintenance on the subject trailer prior and subsequent to the accident alleged in your complaint.

9.     Identify the date and from whom you purchased the subject trailer.

10.    Identify each individual known or believed by you to have been eye witnesses to the accident alleged in your complaint and provide his/her last known address and phone number.

11.    Specify in all possible detail your educational background.

12.    Identify every expert witness whom you expect to testify at the trial of this action.

13.    Specify in all possible detail the substance of the facts and opinions to which each expert identified above is expected to, including in your response a summary of the grounds for the opinion of each such expert.

14.    Specify in all possible detail your claim that Defendant breached a contract as alleged in your Complaint.

15.    State all facts which you claim support your allegation that Defendant breached a contract as alleged in your Complaint, including citation to the pertinent provision within the subject insurance policy which you claim Defendant breached.

16.    Identify all individuals who have or claim to have knowledge to support your contentions that Defendant breached a contract as alleged in your Complaint.

17.    Identify all entities against which you have made a claim for personal injuries and/or property damages within the ten (10) years preceding the incident.

18.    State whether you have ever been arrested or convicted of any crime.  If so, identify the county and court where such arrest or conviction took place and identify the charge of the arrest and the results following the arrest.

19.    State whether you have ever filed for Social Security benefits.  If so, identify the city and state where you filed for such benefits, and state any and all rulings you have received in connection with the filing for such benefits.

20.    State whether you have ever filed for bankruptcy.  If so, state whether the case has been discharged and identify the date of the filing, the court, and the case number.

21.    Specify in all possible detail any and all conversations or other oral communications (whether directly to you, directly from you, overheard by you, or otherwise) involving Defendant regarding the alleged accident made the basis of this litigation and your insurance claim.  Include all available detail in your response, including but not limited to the substance of what was said, the identity of the person making the statement, the identity of anyone else who was present or otherwise witnessed the statement, and the date, time, and location the statement was made.

22.    Please state whether you are a member of any social networking sites or blogs, including but not limited to, Facebook.com, Myspace.com, Twitter.com, plus.google.com, or any other similar websites.  If so, please state your username to

those websites.  If you have multiple accounts, please provide the requested information for all accounts.

23.    Please state whether you have, since the onset of this litigation, deleted, changed, or amended any photos, messages, tags, likes, Tweets, status updates, personal information, or any other similar social media related posting.

Respectfully submitted this the 25th day of May, 2017.

/s/ Justin I. Hale
Justin I. Hale (HAL098)
Connie R. Stockham (STO040)
Attorneys for Defendant
National   Fire   &   Marine   Insurance
Company,   misidentified   in   Plaintiff's
Complaint as "National Fire & Marine
Insurance"

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
505 North 20th Street
Suite 1111
Birmingham, Alabama 35203
Telephone:   205.776.9000
Email:      jhale@scplaw.net
            cstockham@scplaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 25th day of May, 2017, sent via U.S. Mail, postage prepaid, the foregoing to the counsel of record for all parties to this proceeding.

Donald A. Chapman
809 6th Avenue SE
Decatur, AL 35601

/s/ Justin I Hale
OF COUNSEL



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
jhale@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:01:24 PM

Notice Date:     5/25/2017 12:01:24 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2016-900492.00

To: CHAPMAN DONALD ALAN
chapman_@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:01:24 PM

Notice Date:      5/25/2017 12:01:24 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2016-900492.00

To: STOCKHAM CONNIE RAY
cstockham@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:01:24 PM

Notice Date:     5/25/2017 12:01:24 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
jhale@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.  NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:06:58 PM

Notice Date:      5/25/2017 12:06:58 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

ELECTRONICALLY FILED
5/25/2017 12:06 PM
52-CV-2016-900492.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

| | |
|---|---|
| FRED WHITE, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: CV-2016-900492 |
| | ) |
| NATIONAL FIRE & MARINE | ) |
| INSURANCE, | ) |
| | ) |
| DEFENDANT. | ) |

## DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

**COME NOW** Defendant National Fire & Marine Insurance, misidentified as "National Fire & Marine Insurance" ("Defendant" or "National Fire") and in accordance with the Rules 26 and 34 of the Alabama Rules of Civil Procedure requests Plaintiff to produce the following documents:

1.      Copies of any and all maintenance records, repair records, appraisals, estimates, and other records pertaining to the alleged damage to the subject trailer claimed in your Complaint.

2.      Copies of any other written materials which in any way pertain to the alleged accident and damages claimed in your Complaint.

3.      Copies of any documents, exhibits, and/or demonstrative aids which Plaintiff intends to use at the trial of this case.

4.      Copies of all bill of sales, certificates of ownership, registration, and other records pertaining to the subject trailer.

5.     Copies of any and all photographs, drawings, maps, or any other reproduction that Plaintiff intends to use at the trial of this case.

6.     Copies of any and all photographs, drawings, maps, or any other reproduction of the location where the alleged accident occurred.

7.     Copies of any and all photographs of the subject trailer before and after the alleged accident.

8.     Copies of all income tax returns, including all attachments thereto, both state and federal, of the Plaintiff for the years 2011 through 2017, inclusive.

9.     Copies of all payroll stubs, invoices for services rendered, or any other documents of any type that reflect any earnings by Plaintiff between the date of the alleged accident and the present date.

10.    Copies of all documents evidencing or purporting to support your claims that Defendant breached a contract as alleged in your Complaint.

11.    Copies of all documents evidencing or purporting to support your claim that the damage sustained in the alleged accident is a covered loss under the subject insurance policy.

12.    Copies of all documents that were reviewed and/or referenced in responding to Defendant's First Interrogatories.

13.    Copies of any and all accident reports regarding the accident alleged in your complaint

14.    Copies of any and all correspondence from Defendant to Plaintiff (or Plaintiff's representative), or from Plaintiff (or Plaintiff's representative) to Defendant.

15.    Copies of any and all documents regarding or reflecting monetary payments received by the Plaintiff and/or made on the Plaintiff's behalf as a result of the alleged accident.

16.    Copies of Plaintiff's driver's license, Social Security card, and health insurance card.

17.    Copies of the insurance policies which you claim covers the damage alleged in your complaint, including any and all applications for insurance submitted by you to Defendant.

18.    Please produce any and all photographs posted, uploaded or otherwise added to any social networking site or blogs, including but not limited to, Facebook.com, Myspace.com, Twitter.com, plus.google.com, or any other similar websites, which depict you, whether uploaded by you or uploaded by others, since the date of the accident.

19.    Please produce any comments, messages, postings, or any other activity on any social networking site, including but not limited to Facebook.com, Myspace.com, Twitter.com, plus.google.com, or any other similar websites, which discusses any hobbies, activities, or travels you have engaged in since the date of the accident.

20.    Please produce any photos, comments, messages, postings, or any other activity on any social networking site, including but not limited to Facebook.com Myspace.com, Twitter.com, plus.google.com, or any other similar websites, that have been deleted, changed, or amended since the date of the accident.

21.    For each Facebook account maintained by you, please produce your account data for the period of your application with Defendant through present. You

may download and print your Facebook data by logging onto your Facebook account, selecting "Account settlings" under the "Account" tab in your homepage, clicking on the "learn more" link beside the "Download your information" tab, and following the directions on the "Download your information" page.

22.    Copies of any and all documents pertaining to insurance claims for property damage you have made to any insurance company, including Defendant in the five years preceding the filing of this lawsuit. This request includes documents pertaining to the insurance claims you submitted related to the accident alleged in your complaint.

23.    Copies of any and all documents reflecting your payment of premiums on the insurance policy you claim covers the damage alleged in your Complaint.

Respectfully submitted this the 25th day of May, 2017.

/s/ Justin I. Hale
Justin I. Hale (HAL098)
Connie R. Stockham (STO040)
Attorneys for Defendant
National Fire & Marine Insurance Company, misidentified in Plaintiff's Complaint as "National Fire & Marine Insurance"

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
505 North 20th Street
Suite 1111
Birmingham, Alabama 35203
Telephone:   205.776.9000
Email:        jhale@scplaw.net
              cstockham@scplaw.net

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 25th day of May, 2017, sent via U.S. Mail, postage prepaid, the foregoing to the counsel of record for all parties to this proceeding.

Donald A. Chapman
809 6th Avenue SE
Decatur, AL 35601

/s/ Justin I Hale
OF COUNSEL



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  JUSTIN ISAAC HALE
jhale@scplaw.net

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.   NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:06:58 PM

Notice Date:      5/25/2017 12:06:58 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  CHAPMAN DONALD ALAN
chapman_@bellsouth.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.  NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:06:58 PM

Notice Date:      5/25/2017 12:06:58 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



**AlaFile E-Notice**

52-CV-2016-900492.00

To:  STOCKHAM CONNIE RAY
     cstockham@scplaw.net

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

FRED WHITE V.  NATIONAL FIRE & INSURANCE
52-CV-2016-900492.00

The following discovery was FILED on 5/25/2017 12:06:58 PM

Notice Date:     5/25/2017 12:06:58 PM

                                          CHRIS PRIEST
                                      CIRCUIT COURT CLERK
                                    MORGAN COUNTY, ALABAMA
                                          302 LEE STREET
                                       POST OFFICE BOX 668
                                       DECATUR, AL, 35602

                                          256-351-4720
                                    chris.priest@alacourt.gov